UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE SWEET

------------------------------------------------------------------x

GREAT LAKES BUSINESS TRUST
No. 1998-Dtd 10/10/98 and
GREAT LAKES DREDGE &
DOCK CO., LLC.,

08 CV 0941

08 Civ. _____ ( )

Plaintiffs,

- against -

**_Rule 7.1 Statement_**

M/T ORANGE SUN, her engines, sails,
boilers, tackle, etc., *in rem*; ARTIC
REEFER CORP., INC., and
ATLANSHIP S.A., *in personam*,



JAN 29 2008

U.S.D.C. S.D. N.Y.
CASHIERS

Defendants.

------------------------------------------------------------------x

    Plaintiffs by and through its undersigned attorneys, Freehill Hogan &

Mahar, LLP and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure,

certifies that Plaintiff Great Lakes Dredge and Dock Co. is a publicly traded

corporation on the Nasdaq under symbol GLDD.

Dated:  New York, New York
       January 25, 2008

                  Respectfully submitted,
                  FREEHILL HOGAN AND MAHAR, LLP
                  Attorneys for Plaintiffs

By:                    
                  Patrick J. Bonner
                  80 Pine Street
                  New York, NY  10005
                  (212) 425-1900

NYDOCS1/289486.1