

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREAT LAKES BUSINESS TRUST<br>No. 1998-Dtd 10/10/98 and<br>GREAT LAKES DREDGE & DOCK CO., LLC.,<br><br>-V-<br><br>M/T ORANGE SUN, her engines, sails, boilers,<br>tackle, etc., *in rem*; ARCTIC<br>REEFER CORP., INC., and<br>ATLANSHIP S.A., *in personam*, | **CERTIFICATE OF MAILING**<br><br><br><br><br><br><br><br>08 CV 0941 (RWS) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 15th Day of August, 2008

I served the

Summons, Verified Complaint & Amended Verified Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (C) (ii) filed and issued herein on the,

### 5th Day of August, 2008

by mailing via DHL Worldwide Express, pick up scheduled for 500 Pearl Street, New York, N.Y., a copy of each thereof, securely enclosed in a DHL Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

DHL Express International Waybill Tracking Number:

**840 1510 762**

*J. Michael McMahon*
CLERK

Dated: New York, NY

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI †
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA°△
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*°†
DANIEL J. FITZGERALD*†△
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
△ALSO ADMITTED IN WASHINGTON, D.C.
°ALSO ADMITTED IN LOUISIANA

# LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759
TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE: (973) 623-5514
FACSIMILE: (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377

August 14, 2008

Our ref: 50-08/PB

**BY HAND**
Clerk of the Court
United States District Court

---

DHL International Shipment Waybill 840 1510 762

Shipper's Account Number: 960037240
Contact Name: P. BONNER
Shipper's Reference: 50-08
Company Name: Freehill Hogan
Address: 80 Pine St, New York NY 10005
Phone: 2124251900

To (Receiver):
Company Name: Arctic Reefer Corp
Delivery Address: c/o The LISCR Trust Co, 80 Broad St, Monrovia
Country: Liberia

Shipment Details: 1 XD
Full Description of Contents: LEGAL PAPERS

Signature: P. Bonner   Date: 8/14/08

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI †
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA°△
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ**†
DANIEL J. FITZGERALD*†△
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
△ALSO ADMITTED IN WASHINGTON, D.C.
°ALSO ADMITTED IN LOUISIANA

# LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE: (973) 623-5514
FACSIMILE: (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377

August 14, 2008

Our ref: 50-08/PB

**BY HAND**
Clerk of the Court
United States District Court

---

**DHL EXPRESS INTERNATIONAL SHIPMENT WAYBILL (Non-negotiable)**  
Waybill No: 840 1510 762

**From (Shipper):**
- Shipper's Account No.: 806037240
- Contact Name: P. BONNER
- Shipper's Reference: 50-08
- Company Name: Freehill Hogan
- Address: 80 Pine St, New York NY
- Post/ZIP Code: 10005
- Phone: 2124251900

**To (Receiver):**
- Company Name: Arctic Reefer Corp
- Delivery Address: c/o The LISCR TrustCo, 80 Broad St, Monrovia
- Country: Liberia

**Shipment Details:** 1 package, XD

**Full Description of Contents:** LEGAL PAPERS

Signature: P. Bonner    Date: 8/14/08